**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALWAYS HOME INTERNATIONAL, INC., a New York corporation,<br><br>              Plaintiff,<br><br>    v.<br><br>HSIN SILK ROAD SHIPPING LTD., a Hong Kong corporation, in personam; and Container Nos. XHCU5226716, XHCU5226721, XHCU5227008, XHCU5227013, XHCU5227029, XHCU5226892, XHCU5227034, XHCU5227040, XHCU5227055, XHCU5227060, CICU2268072, CICU2268160, CICU2268215, MCCU3034519, XHCU5226980, XHCU5226995, CICU2268180, CICU2268935, CICU2268961, and CICU2268982, and their contents, in rem,<br><br>              Defendants. | CV 22-2711 PA (JCx)<br><br>JUDGMENT |

Pursuant to this Court's October 25, 2022 Minute Order granting the Motion for Default Judgment filed by plaintiff Always Home International, Inc. ("Plaintiff") against defendant Hsin Silk Road Shipping Ltd. ("HSIN"), and the Court's August 3, 2022 Minute Order entering the default of the in rem defendants, it is hereby ORDERED, ADJUDGED, AND DECREED:

      1.      Plaintiff shall recover from HSIN the amount of $420,135.51; and

      2.      Plaintiff shall recover from HSIN its costs of suit; and

      3.      Plaintiff is entitled to interest on the amount of the Judgment at the statutory rate pursuant to 28 U.S.C. § 1961(a).

The Clerk is ordered to enter this Judgment.

DATED: October 25, 2022

                                                Percy Anderson
                                     UNITED STATES DISTRICT JUDGE